1

Hon. Mariane C. Spearman

2

3

4

5

6

7

8

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

9

10

GARY AND SUSAN CARLSON,

NO. 14-2-10256-9 SEA

11

Plaintiffs,

FIRST AMENDED COMPLAINT FOR UNPAID EMPLOYMENT COMPENSATION AND WRONGFUL DISCHARGE

12

v.

13

AMERICAN PACIFIC MORTGAGE CORPORATION, a California corporation and JOHN DOES I-IV,

14

15

Defendants.

16

17

COME NOW Plaintiffs and allege as follows:

18

1.       Plaintiffs Gary and Susan Carlson are and at all times material hereto have been

19

residents of King County, Washington.

20

2.       Defendant American Pacific Mortgage Corporation ("APMC") is a California

21

corporation doing business at various locations in King County, Washington.  At all materials

22

times APMC was and is engaged in the business of offering and/or providing consumer

23

financial products and service.

24

3.       Defendants John Doe I-IV are individuals who served as officers, vice

25

principals and/or agents of Defendant APMC and who willfully and with intent to deprive

FIRST AMENDED COMPLAINT FOR UNPAID EMPLOYMENT
COMPENSATION AND WRONGFUL DISCHARGE - 1

**John Evans Law, PLLC**
1001 Fourth Avenue, Suite 4100
Seattle, Washington 98154
(206) 389-1527

Exhibit A
Page 1 of 4

1   Plaintiffs of their wages directed that APMC pay Plaintiffs a lower wage than Plaintiffs were

2   entitled to be paid under their employment contracts.

3          4.       On or about July 23, 2012, Plaintiff Gary Carlson and APMC entered into a

4   written contract of employment under which Plaintiff Gary Carlson would be and was

5   employed as a retail division manager in King County, Washington.  As an APMC employee,

6   Gary Carlson performed tasks related to the offering and/or providing of consumer financial

7   products and services.

8          5.       On or about July 23, 2012, Plaintiff Susan Carlson and APMC entered into a

9   written contract of employment under which Plaintiff Susan Carlson would be and was

10  employed as a retail division manager in King County, Washington.  As an APMC employee,

11  Susan Carlson performed tasks related to the offering and/or providing of consumer financial

12  products and services.

13         6.       The retail division under each of the above described contracts included retail

14  locations in Washington and Oregon.

15         7.       Under each of the above described contracts of employment, Gary Carlson and

16  Susan Carlson were each to be paid a base salary and a bonus computed as a percentage of the

17  profits distributed from the division office cost center comprised of Washington and Oregon.

18  In addition, Defendant APMC was contractully obligated to provide both Plaintiffs with the

19  retail division profit calculations by the fifteenth day of each month for the immediately

20  preceding month.

21         8.       Though Plaintiff Gary Carlson has been paid a portion of his earned wage

22  bonus, Plaintiff Susan Carlson has not been paid any portion of her earned wage bonus.

23  Defendant APMC's wilful failure to pay both Plaintiffs their lawfully earned wages in the State

24  of Washington is a violation of RCW 49.52.070.

25

FIRST AMENDED COMPLAINT FOR UNPAID EMPLOYMENT
COMPENSATION AND WRONGFUL DISCHARGE - 2

**John Evans Law, PLLC**
1001 Fourth Avenue, Suite 4100
Seattle, Washington 98154
(206) 389-1527

1    9.    Defendant APMC failed to provide Plaintiffs with an accounting and accurate

2    APMC financial statements on a monthly basis or otherwise so that Plaintiffs knew or could

3    calculate the amount of bonus wages to which each was entitled.

4    10.    In the ordinary course of their respective duties, Plaintiffs Gary Carlson and

5    Susan Carlson each advised APMC that APMC's financial statements were inaccurate and

6    objected to such inaccurate financial statements.

7    11.    Plaintiffs Gary and Susan Carlson reasonably believed that APMC's inaccurate

8    financial statements were a violation of law subject to the jurisdiction of the Bureau of

9    Consumer Financial Protection.

10    12.    Defendant APMC terminated Plaintiff Gary Carlson's employment and Plaintiff

11    Susan Carlson's employment by reason of the fact that Plaintiffs complained that APMC's

12    financial statements were inaccurate upon which Plaintiff's wage bonuses were to be

13    calculated.

14    13.    Defendant APMC's termination of the Plaintiffs' employment was wrongful

15    and in violation of 12 U.S.C. § 5567.

16    WHEREFORE, Plaintiffs pray for relief as follows:

17    1.    An accounting of the profits of Defendant American Pacific Mortgage

18    Corporation's profits for the retail division office cost center.

19    2.    Judgment against Defendants American Pacific Mortgage Corporation and John

20    Does I-IV for each Plaintiff's unpaid wage bonuses.

21    3.    Judgment for twice the amount of unpaid wages pursuant to RCW 49.52.070.

22    4.    Judgment for damages arising from APMC's violation of 12 U.S.C. § 5567.

23    5.    Their reasonable attorney's fees and costs.

24    6.    For such other and further relief as the court may deem just and equitable.

25

FIRST AMENDED COMPLAINT FOR UNPAID EMPLOYMENT
COMPENSATION AND WRONGFUL DISCHARGE - 3

**John Evans Law, PLLC**
1001 Fourth Avenue, Suite 4100
Seattle, Washington 98154
(206) 389-1527

1        DATED this 16th day of July, 2014.

2

3                                               s/John P. Evans, WSBA No. 08892
                                                Attorneys for Plaintiff
4                                               JOHN EVANS LAW, PLLC
                                                1001 Fourth Avenue, Suite 4400
5                                               Seattle, WA  98154
                                                Phone: 206.389.1527
6                                               Email:  john@johnevanslaw.com
                                                *Attorneys for Plaintiffs Gary and Susan Carlson*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FIRST AMENDED COMPLAINT FOR UNPAID EMPLOYMENT          **John Evans Law, PLLC**
COMPENSATION AND WRONGFUL DISCHARGE - 4                1001 Fourth Avenue, Suite 4100
                                                       Seattle, Washington 98154
                                                       (206) 389-1527            Exhibit A