The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GARY AND SUSAN CARLSON,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN PACIFIC MORTGAGE CORPORATION, a California corporation,<br><br>        Defendant. | NO.   2:14-cv-01141- RSM<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br><br>July 14, 2015 |

Plaintiffs Gary and Susan Carlson and Defendant American Pacific Mortgage Corporation stipulate to an order of this court dismissing all claims and counterclaims with prejudice and without costs or attorney's fees..

Dated this 14th day of July, 2015.

| | |
|---|---|
| JOHN EVANS LAW, PLLC<br>s/John P. Evans, WSBA #8892<br>Attorney for Plaintiffs Gary and Susan Carlson<br>1001 Fourth Avenue, Suite 4400<br>Seattle, WA  98154<br>206.389.1527<br>john@johnevanslaw.com | LINDSAY HART, LLP<br>s/Tyson L. Calvert, WSBA #38908<br>s/Elizabeth A. Biermann, WSBA #39530<br>Attorneys for American Pacific Mortgage<br>1300 SW 5th Avenue, Suite 3400<br>Portland, OR  97201<br>503.226.7677<br>ebiermann@lindsayhart.com<br>tcalvert@lindsayhart.com |

STIPULATION AND ORDER OF DISMISSAL - 1

**John Evans Law, PLLC**
1001 Fourth Avenue, Suite 4400
Seattle, Washington 98154
(206) 389-1527

It is so ordered.

Dated this ___ day of _____, 2015.

```
                                    _____
                                    RICARDO S. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE
```

STIPULATION AND ORDER OF DISMISSAL - 2

**John Evans Law, PLLC**
1001 Fourth Avenue, Suite 4400
Seattle, Washington 98154
(206) 389-1527

**CERTIFICATE OF SERVICE**

The undersigned declares under penalty of perjury under the laws of the State of Washington, that on the below date, I electronically filed the foregoing document with the Clerk of the Court using the electronic filing system, which will send notification of such filing to the following person(s):

Tyson Calvert
Elizabeth Biermann
Lindsay Hart, LLP
1300 SW Fifth Avenue Suite 3400
Portland, OR  97201
tcalvert@lindsayhart.com

DATED at Seattle, Washington this 14th day of July, 2015.

<u>s/John P. Evans, WSBA #08892</u>
John P. Evans
Attorney for Plaintiffs Gary and Susan Carlson
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
(206) 389-1527
john@johnevanslaw.com