UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARY AND SUSAN CARLSON,

       Plaintiff,

  v.

AMERICAN PACIFIC MORTGAGE CORPORATION, a California corporation,

       Defendant.

NO: C14-1141 RSM

STIPULATION AND ORDER OF DISMISSAL

Plaintiffs Gary and Susan Carlson and Defendant American Pacific Mortgage Corporation stipulate to an order of this court dismissing all claims and counterclaims with prejudice and without costs or attorney's fees..

Dated this 14th day of July, 2015.

| | |
|---|---|
| JOHN EVANS LAW, PLLC<br>s/John P. Evans, WSBA #8892<br>Attorney for Plaintiffs Gary and Susan Carlson<br>1001 Fourth Avenue, Suite 4400<br>Seattle, WA 98154<br>206.389.1527<br>john@johnevanslaw.com | LINDSAY HART, LLP<br>s/Tyson L. Calvert, WSBA #38908<br>s/Elizabeth A. Biermann, WSBA #39530<br>Attorneys for American Pacific Mortgage<br>1300 SW 5th Avenue, Suite 3400<br>Portland, OR 97201<br>503.226.7677<br>ebiermann@lindsayhart.com<br>tcalvert@lindsayhart.com |

It is so ORDERED this 16th day of July 2015.

_[signature]_
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL - 1

**John Evans Law, PLLC**
1001 Fourth Avenue, Suite 4400
Seattle, Washington 98154
(206) 389-1527